**Order filed June 13, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00961-CR

### ZANZETTA ALVINA FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the Co Ct at Law No 3 & Probate Ct
### Brazoria County, Texas
### Trial Court Cause No. 179470

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #2 and #3 (DVD).**

The clerk of the Co Ct at Law No 3 & Probate Ct is directed to deliver to the Clerk of this court the original of State's exhibits #2 and #3 (DVD), on or before **June 22, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #2 and #3 (DVD), to the clerk of the Co Ct at Law No 3 & Probate Ct.

PER CURIAM